UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-60468-CIV-MORENO

NICKA PERMENTER,

    Plaintiff,

vs.

D.G.A. SERVICES, INC., a Florida corporation d/b/a JACKSON HEWITT TAX SERVICE, and DONNA B. HENGBER,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Without Prejudice **(D.E. 4)**, filed **May 13, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record